UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00138
Consolidated with No. 6:23-cv-00137

**James A. Ellis as Independent Representative of the Estate of Janice Ann Ellis,**
*Plaintiff,*

v.

**Wilmington Savings Find Society, FSB, as Trustee for Finance of America Structured Securities Acquisition Trustee 2018-HB1 et al.,**
*Defendants.*

# ORDER

On May 10, 2023, defendants moved to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). Doc. 14. Plaintiff was twice granted extensions of time to respond to defendants' motion to dismiss. Docs. 19, 21. Plaintiff, having not responded despite the court's extensions, was ordered to show cause by January 19, 2024, why this suit should not be dismissed for failure to prosecute. Doc. 24. Plaintiff has not responded to the court's order or the pending motion to dismiss.

Federal Rule of Civil Procedure 41(b) provides that "[i]f the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it." "It is well established that Rule 41(b) permits dismissal not only on motion of the defendant, but also on the court's own motion." *Campbell v. Wilkinson*, 988 F.3d 798, 800 (5th Cir. 2021). Accordingly, this case is dismissed without prejudice.

*So ordered by the court on February 8, 2024.*

J. CAMPBELL BARKER
United States District Judge