UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00138

consolidated with No. 6:23-cv-00137

**James A. Ellis as Independent Representative of the Estate of Janice Ann Ellis,**

*Plaintiff,*

v.

**Wilmington Savings Find Society, FSB, as Trustee for Finance of America Structured Securities Acquisition Trustee 2018-HB1 et al.,**

*Defendants.*

# FINAL JUDGMENT

The Court, having considered plaintiff's case and rendered its decision by opinion issued this same date, hereby enters final judgment. It is ordered that plaintiff's claims are dismissed without prejudice. All pending motions are denied as moot. The clerk of court is instructed to close this case.

*So ordered by the court on February 8, 2024.*

J. CAMPBELL BARKER
United States District Judge